**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| G.B.T.,<br><br>*Petitioner*,<br>v.<br><br>JOHN RIFE, et al.,<br><br>*Respondents*. | Case No. 2:26-cv-01842<br><br>Judge John M. Younge |

**NOTICE OF VOLUNTARY DISMISSAL**

The Petitioner, in accordance with Rule 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss the Complaint (Dkt. 1) without prejudice. Respondents have not filed an answer or motion for summary judgment.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Sarah E. Decker*
Sarah E. Decker*
ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (908) 967-3245
decker@kennedyhumanrights.org

*/s/ Sarah T. Gillman*
*/s/ Anthony Enriquez*
Sarah T. Gillman*
Anthony Enriquez*
ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Tel.: (646) 289-5593
gillman@kennedyhumanrights.org
enriquez@kennedyhumanrights.org

*/s/ Mikaela Wolf-Sorokin*
Mikaela Wolf-Sorokin (Bar # 335725)
DEFENDER ASSOCIATION OF PHILADELPHIA
1441 Sansom Street
Philadelphia, PA 19102
Tel.: 267-765-6789
MLWolfSorokin@philadefender.org

* *Admitted pro hac vice*

*Pro Bono Counsel for Petitioner*

Date: November 6, 2026

/s/ John Milton Younge
John Milton Younge, Judge